

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Carlos Flores,                              * From the County Court at Law No. 2
                                              of Ector County,
                                              Trial Court No. CC2-26,129.

Vs. No. 11-19-00033-CV                       * February 28, 2019

Marisol Carapia,                             * Per Curiam Memorandum Opinion
                                              (Panel consists of: Bailey, C.J.,
                                              Stretcher, J., and Wright, S.C.J.,
                                              sitting by assignment)
                                              (Willson, J., not participating)

      This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.